# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, Individually,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC, AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF WASHINGTON, AND THE MANUFACTURER OF HY-BRID LIFTS,<br><br>        Defendants. | No. 2:24-cv-01078-JHC<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION FOR TRIAL CONTINUANCE** |

Before the Court is the parties' Stipulated Motion for Continuance.  Dkt. # 17.  The Court GRANTS the motion for the reasons stated therein.  The new trial date in this matter is **<u>February 9, 2026</u>**.  The Court DIRECTS the Clerk to issue a new case scheduling order that shall include pretrial deadlines, beginning with the Deadline for Amended Pleadings.

DATED this 19th day of February, 2025.

_John H. Chun_
John H. Chun
United States District Judge