# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, Individually,<br><br>                    Plaintiff,<br><br>    v.<br><br>SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC, AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF WASHINGTON, AND THE MANUFACTURER OF HY-BRID LIFTS,<br><br>                  Defendants. | No. 2:24-cv-01078-JHC<br><br>**SECOND STIPULATION AND ORDER REGARDING EXTENSION OF DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES UNDER FRCP 26(A)(2)** |

## I.   STIPULATION

The Parties to the above-entitled action stipulate and request that the Deadline for Disclosure of Expert Witness Testimony under FRCP 26(a)(2), currently set for July 28, 2025, be extended to August 11, 2025.

The reason for this Stipulation and Request for Extension is that the parties need additional time to conduct a supplemental inspection of the scissor lift involved in the alleged incident at issue herein.  The Parties conducted a joint inspection on July 9, 2025, however subsequent information

and potential testing have been proposed, and the Parties' engineers require time to schedule this subsequent inspection and prepare their reports.

Further, given the extension and potential additional expert testing, the Parties agree to extend the Discovery Motion deadline under LCR 7(d) from August 13, 2025, to August 27, 2025, and the Discovery Completed by date from September 12, 2025 to September 26, 2025.

Dated this 24th day of July 2025.

The Law Offices of Ben F. Barcus & Associates, PLLC

_/s Paul Lindenmuth_
Paul A. Lindenmuth, WSBA # 15817
4303 Ruston Way
Tacoma, WA 98402
253-752-4444
paul@benbarcus.com
*Attorney for Plaintiff*

SMITH FREED EBERHARD P.C.

_/s/ Kyle D. Riley_
Kyle D. Riley, WSBA # 38078
John D. Barton, WSBA # 45529
1215 4th Ave., Suite 900
Seattle, WA 98161
206-576-7575
KDR@smithfreed.com
JBarton@smithfreed.com
*Attorney for Defendant Custom Equipment, LLC*

MERRICK, HOFSTEDT & LINDSEY, P.S.

_/s Philip Meade_
Philip R. Meade, WSBA #14671
Rossi F. Maddalena, WSBA #39351
3101 Western Avenue., Suite 200
Seattle, WA 98121
pmeade@mhlseattle.com
rmaddalena@mhlseattle.com
*Attorneys for Defendant Sunbelt Rentals, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## II.     ORDER

The Court, having reviewed the above Stipulation of the parties, hereby

ORDERS the deadline for Disclosure of Expert Witness Testimony Under FRCP 26(a)(2) shall be extended to August 11, 2025, for the reasons stated in the parties' Stipulation.

ORDERS the Discovery Motion deadline under LCR 7(d) shall be extended to August 27, 2025, for the reasons stated in the parties' Stipulation.

ORDERS the Discovery Completed by date shall be extended to September 26, 2025, for the reasons stated in the parties' Stipulation.

DATED this 24th day of July, 2025.


_____
John H. Chun
United States District Judge

SECOND STIPULATION AND ORDER
REGARDING EXTENSION OF DEADLINE FOR
DISCLOSURE OF EXPERT WITNESSES UNDER
FRCP 26(A)(2)  - Page  3
Case No. 2:24-cv-01078-JHC