1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, | CASE NO. 24-cv-01078-JHC |
| Plaintiff, | ORDER |
| v. | |
| SUNBELT RENTALS, INC. et al., | |
| Defendant. | |

This matter comes before the Court on Defendant Custom Equipment LLC's Motion to Amend Answer, Dkt. # 27, and Defendant Sunbelt Rentals, Inc.'s Motion to Amend Answer, Dkt. # 28.  For the reasons presented by Plaintiff, the Court DENIES these motions.  Dkt. # 31; *see Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (per curiam) (courts consider several factors, including undue delay and prejudice to the opposing party, when deciding whether to grant leave to amend under Federal Rule of Civil Procedure 15).

//

//

//

//

ORDER - 1

Dated this 5th day of August, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2