UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, Individually,<br><br>         Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF WASHINGTON AND THE MANUFACTURER OF HY-BRID LIFTS,<br><br>         Defendants. | No. 2:24-cv-01078-JHC<br><br>STIPULATION AND ORDER REGARDING LIMITED EXTENSION OF DISCOVERY DEADLINE TO ALLOW DOCUMENT DISCOVERY DIRECTED TO THIRD PARTIES REGARDING POTENTIAL INSURANCE COVERAGE |

### I. STIPULATION

The Parties to the above-entitled action stipulate and request that the Deadline for Discovery (which was September 26, 2025) be extended for a limited purpose to allow discovery of documents concerning potential insurance coverage directed to third-parties Holaday-Parks Fabricators, Inc.; Propel Insurance/Tacoma Commercial Insurance; Liberty Mutual Fire Insurance Company; Indian Harbor Insurance Company; and Travelers Property Casualty Co. of America.

The reason for this Stipulation and Request for Extension is that the parties have information that under the rental contract (sections 8 and 9) between Holaday Parks Fabricators, Inc. and Sunbelt

Rentals, Inc., Holaday-Parks agreed to maintain a general liability insurance policy that could cover the claim by Plaintiff in this matter, and Holaday-Parks Fabricators, Inc. maintained insurance policies at the time Mr. Hartley was injured. Holaday-Parks Fabricators, Inc., and its broker, Propel Insurance/Tacoma Commercial Insurance, have refused to provide information Sunbelt Rentals, Inc. has requested about insurance coverage, including the policies listed on the attached Certificate of Insurance (Attachment A).

As indicated in Attachment B, Liberty Mutual Fire Insurance Co., has expressly denied coverage to Sunbelt Rentals, Inc., citing provisions in its policy. Despite repeated requests Liberty Mutual Fire Insurance Co. expressly refuses to provide copies of the policy for Sunbelt Rentals, Inc.'s review (other than selected pages), including an e-mail communication to counsel for Sunbelt Rentals, Inc., on November 26, 2025.

The parties believe information about potential insurance coverage for Mr. Hartley's claim is important in settlement discussions, and request permission to issue subpoenas to require production of Holaday-Parks Fabricators, Inc.'s insurance policies that cover the period including June 14, 2021, the date of Mr. Hartley's accident, and related discoverable documents, from Holaday-Parks Fabricators, Inc.; Propel Insurance/Tacoma Commercial Insurance; Liberty Mutual Fire Insurance Co.; Indian Harbor Insurance Company; and Travelers Property Casualty Co. of America.

To accommodate those who would respond to the subpoenas, the parties request permission to issue subpoenas within five days of the Court's authorization order, for production of documents within ten days after service (or such additional time as is reasonably necessary to produce the documents). Should the parties determine, after receipt of the documents, that depositions related to insurance coverage would be appropriate they may seek the Court's permission for such further

STIPULATION AND ORDER REGARDING LIMITED
EXTENSION OF DISCOVERY DEADLINE TO ALLOW
DISCOVERY DIRECTED TO THIRD PARTIES REGARDING
POTENTIAL INSURANCE COVERAGE - 2

discovery.

It is so STIPULATED this 1st day of December, 2025.

           LAW OFFICES OF BEN BARCUS & ASSOCIATES, P.L.L.C.

           */s/ Paul A. Lindenmuth (per email authority)*

           Paul A. Lindenmuth, WSBA #15817
           4303 Ruston Way
           Tacoma, WA  98402
           (253) 752-4444
           *Attorney for Matthew Hartley*


           MERRICK, HOFSTEDT & LINDSEY, P.S.

           */s/ Rossi F. Maddalena*

           Philip R. Meade, WSBA #14671
           Rossi F. Maddalena, WSBA #39351
           3101 Western Avenue, Suite 200
           Seattle, WA 98121
           (206) 682-0610
           *Attorney for Sunbelt Rentals, Inc.*

           SMITH FREED EBERHARD, P.C.

           */s/ Kyle D. Riley (per email authority)*
           Kyle D. Riley, WSBA #38078
           John D. Barton, WSBA #45529
           1215 4th Ave., Suite 900
           Seattle, WA  98161
           (206) 576-7575
           *Attorneys for Custom Equipment LLC*

//

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that:

The parties may issue subpoenas to Holaday-Parks Fabricators, Inc.; Propel Insurance/Tacoma Commercial Insurance; Liberty Mutual Fire Insurance Co.; Indian Harbor Insurance Company; and Travelers Property Casualty Co. of America, within five days of this Order, requiring production of documents within ten days after service (or such additional time as is reasonably necessary to produce the documents).  The Court reserves any decision regarding further depositions concerning insurance coverage.

DATED this 1st day of December, 2025.

_____
John H. Chun
United States District Judge