UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, individually,<br><br>   Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC, AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF WASHINGTON, AND THE MANUFACTURER OF HY-BRID LIFTS,<br><br>   Defendants. | CASE NO. 2:24-cv-01078-JHC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF SETTLEMENT CONFERENCE DEADLINE** |

## I. STIPULATION

THE PARTIES, to the above-entitled action stipulate and request that the Deadline for Settlement Conference currently set for December 11, 2025, be extended to December 22, 2025.

The parties after extensive discussion have elected Roy Umlauf as mediator given his strong reputation in our legal community and his experience in resolving similar cases. Unfortunately, due to his busy schedule, he is not available until December 22, 2025.

//

STIPULATION AND ORDER REGARDING
EXTENSION OF SETTLEMENT
CONFERENCE DEADLINE – Page 1

Dated this 2nd day of December, 2025.

| | |
|---|---|
| The Law Offices of Ben F. Barcus & Associates, PLLC | SMITH FREED EBERHARD P.C. |
| *s/ Paul A. Lindenmuth* | *s/ Kyle D. Riley* |
| Paul A. Lindenmuth, WSBA # 15817<br>4303 Ruston Way<br>Tacoma, WA 98402<br>253-752-4444<br>paul@benbarcus.com<br>*Attorney for Plaintiff* | Kyle D. Riley, WSBA # 38078<br>John D. Barton, WSBA # 45529<br>1215 4th Ave., Suite 900<br>Seattle, WA 98161<br>206-576-7575<br>KDR@smithfreed.com<br>EDore@smithfreed.com<br>*Attorney for Defendant Custom Equipment, LLC* |

MERRICK, HOFSTEDT & LINDSEY, P.S.

*s/ Rossi F. Maddalena*

Philip R. Meade, WSBA #14671
Rossi F. Maddalena, WSBA #39351
3101 Western Avenue., Suite 200
Seattle, WA 98121
pmeade@mhlseattle.com
rmaddalena@mhlseattle.com
*Attorneys for Defendant Sunbelt Rentals, Inc.*

**STIPULATION AND ORDER REGARDING EXTENSION OF SETTLEMENT CONFERENCE DEADLINE** – Page 2

## II. O R D E R

THE COURT having reviewed the above Stipulation of the parties; it is hereby,

ORDERED, ADJUDGED AND DECREED that the Settlement Conference Deadline date which is currently set for December 11, 2025, within the operative case schedule shall be extended to December 22, 2025, for the reasons stated in the parties' Stipulation.

DONE this 2nd day of December, 2025.

_____
John H. Chun
United States District Judge

**STIPULATION AND ORDER REGARDING EXTENSION OF SETTLEMENT CONFERENCE DEADLINE** – Page 3