UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW HARTLEY, individually,

    Plaintiff,

  v.

SUNBELT RENTALS, INC., A FOREIGN
CORPORATION DOING BUSINESS
WITHIN THE STATE OF WASHINGTON;
CUSTOM EQUIPMENT, LLC AND
STRATFORD-CAMBRIDGE GROUP (SGI),
A FOREIGN CORPORATION DOING
BUSINESS IN THE STATE OF
WASHINGTON AND THE
MANUFACTURER OF HY-BRID LIFTS,

    Defendants.

NO. 2:24-cv-01078-JHC

ORDER ON DEFENDANT SUNBELT
RENTALS, INC'S MOTIONS IN LIMINE

**NOTE ON MOTION CALENDAR:
JANUARY 20, 2026**

This matter comes before the Court on Defendant Sunbelt Rentals, Inc.'s Motions in Limine. Dkt. # 82. The Court has reviewed the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law. The Court ORDERS as follows:

Sunbelt's MIL #22 (regarding preemption of any claim by plaintiff under the Washington Products Liability Act ("WPLA") regarding Sunbelt's selection of the subject Hybrid lift) is STRICKEN as moot, as Plaintiff "will not be contending that Sunbelt was negligent in its initial purchase decision of the HB 1030." Dkt. # 88 at 10.

//

//

ORDER ON MOTIONS IN LIMINE BY
DEFENDANT SUNBELT RENTALS, INC.- 1
Case No. 2:24-cv-01078-JHC

DATED this 20th day of January 2026.

John H. Chun
United States District Judge