UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HARTLEY, | CASE NO. 24-cv-01078-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUNBELT RENTALS, INC. et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The parties are DIRECTED to review LCR 39(d), which provides as follows:

Where cases set for trial by jury are settled or agreed to be tried without a jury, notice of such agreement shall be filed in the Clerk's Office as soon as possible but no later than five (5) days before the day on which the case is set; *otherwise jury expenses incurred by the government, if any, shall be paid to the clerk by the parties agreeing to such settlement or waiver.*

(emphasis added).

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 23rd day of January 2026.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2