UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

MATTHEW HARTLEY, individually,

      Plaintiff,

      v.

SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATIONS DOING BUSINESS IN THE STATE OF WASHINGTON AND THE MANUFACTURER OF HY-BRID LIFTS,

      DEFENDANTS.

**NO: 2:24-cv-01078-JHC**

**ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE**

**NOTED ON MOTION CALENDAR: JANUARY 20, 2026**

THIS MATTER comes before the Court on Plaintiff's Motions in Limine (MILs). Dkt. # 78. The Court has reviewed the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law. The Court ORDERS as follows:

**1.**     **Collateral Source Is Inadmissible.**

Reserved. The Court ORDERS Defendants to alert the Court before making reference before the jury to any information covered by this MIL so that any issue may be resolved outside

ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE - 1

the presence of the jury.  The Court also reminds the parties of its ruling, and Defendants' position, reflected at Dkt. # 70 at 8.

**2.      Lack Of Insurance, Customer Dollars, Deep Pockets, Joint And Several Liability, Defendant And Plaintiff's Financial Circumstances.**

Reserved.  The Court ORDERS Defendants to alert the Court before making reference before the jury to any information covered by this MIL so that any issue may be resolved outside the presence of the jury.

**3.      Undisclosed Witnesses, Exhibits, Evidence, And Opinions.**

Granted.  This ruling is reciprocal.

**4.      Discussion Or Any Allusions To Contingency Fee Or Previous Financial Success Of Plaintiff's Attorneys.**

Granted.

**5.      Failure To Call Witnesses Is Inadmissible.**

Reserved.  The Court ORDERS Defendants to alert the Court before making reference before the jury to any information covered by this MIL so that any issue may be resolved outside the presence of the jury.

**6.      Failure To Mitigate.**

Denied as to wage loss.  Reserved as to physical injuries.  The Court ORDERS Defendants to alert the Court before making reference before the jury to any failure to mitigate physical injuries so that any issue may be resolved outside the presence of the jury.

**7.      Mention Of Affected Taxation.**

Granted.

**8.      Offers And Negotiations Are Inadmissible.**

Granted.

ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE - 2

**9.    The Court Should Exclude Any Evidence Regarding Pre And Post Collision Unrelated Medical Treatment Or Conditions.**

Reserved.  The Court ORDERS Defendants to alert the Court before making reference before the jury to any information covered by this MIL so that any issue may be resolved outside the presence of the jury.

**10.    The Defendant Should Not Be Permitted To Present Speculative or Conclusory Testimony From Its Expert Witnesses.**

Reserved.  The Court expects the parties to comply with the order at Dkt. # 70.

**11.    The Defense Should Be Barred From Presenting "On Average" Testimony.**

Denied as moot because Defendants indicate that they do not intend to present such testimony.

**12.    Any Surveillance Performed of The Plaintiff on Behalf Of Defendants Should Be Excluded As Irrelevant, and as Not Being Properly Disclosed During The Course Of Discovery.**

Granted.

**13.    The Defense Should Be Precluded From Pointing to Plaintiff's Employer or BN Builders as Parties to Whom Fault Can Be Allocated Under RCW 4.20.070.**

Granted as to employer.  Denied as to BN Builders.

**14.    The Defense Should Be Barred from Alleging Plaintiff Was Comparatively At Fault.**

Denied.

DATED THIS 23rd day of January, 2026.

_____
John H. Chun
United States District Judge

ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE - 3