UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW HARTLEY,

Plaintiff,

v.

SUNBELT RENTALS, INC. et al.,

Defendants.

CASE NO. 24-cv-01078-JHC

ORDER

This matter comes before the Court on Plaintiff's Motion to File Documents Under Seal. Dkt. # 97.  Based on counsel's responses at the hearing today, the Court understands the motion is unopposed.  The Court has reviewed the Motion as well as the document at issue—the Declaration of Paul A. Lindenmuth in support of Plaintiff's Emergency Motion for Trial Continuance (Dkt. # 98).  Given the contents of the Declaration, the Court finds that there are compelling reasons to grant Plaintiff's request to file the document under seal.  Accordingly, the Court GRANTS the Motion (Dkt. # 97) and ORDERS the Declaration of Paul A. Lindenmuth (Dkt. # 97) be filed under seal.

//

ORDER - 1

Dated this 26th day of January, 2026.

John H. Chun
United States District Judge

ORDER - 2