UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW HARTLEY, individually,<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATIONS DOING BUSINESS IN THE STATE OF WASHINGTON AND THE MANUFACTURER OF HY-BRID LIFTS,<br><br>Defendants. | **NO: 2:24-cv-01078-JHC**<br><br><br><br>AGREED PRETRIAL ORDER |

## I.    JURISDICTION

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1332.  This case is before the Court based on the removal at the behest of defendant, pursuant to 28 U.S.C. § 1441.  It is undisputed the amount in controversy in this case exceeds $75,000.00; without regard to any set-offs or counterclaims, and exclusive of interest and costs.  It is also undisputed that plaintiff,

AGREED PRETRIAL ORDER - 1

CASE NO. 2:24-cv-01078-JHC

Matthew Hartley, is a citizen of the State of Washington, and the defendants are not. Defendants, Sunbelt Rentals, is a foreign corporation, with its principal place of business in the State of South Carolina. Defendant, Custom Equipment LLC, is a foreign corporation, with its principal place of business in the State of Wisconsin.

## II.    CLAIMS AND DEFENSES

A.    Plaintiff's Claim: The plaintiff will pursue at the time of trial the following claims:

(1)    Against Custom Equipment LLC a claim of unsafe design of a HB1030 scissor lift at issue in this case, pursuant to RCW 7.72.030(1)(a);

(2)    Against Custom Equipment LLC a claim of inadequate warning pursuant to RCW 7.72.030(1)(b),

(3)    Additionally, plaintiff will pursue against Sunbelt Rentals Inc. at time of trial claims of negligence–negligent maintenance of the HB1030 scissor lift at issue in this case,

B.    Defendants' Objections and Affirmative Defenses

Custom further asserts the affirmative defenses found in its Answer. Dkt. 15, p. 4-5. More specifically, Custom alleges that the negligence or any alleged defect were not the proximate cause of the subject accident. Further, Custom asserts that Plaintiff was misusing the equipment and/or comparatively negligent by (a) not conducting a thorough pre-use inspection as set forth in the manual, (b) by operating the equipment over debris while on a slope, (c) by operating the equipment outside and in moist wet conditions, (d) by operating the equipment down a slope when other alternatives existed, (e) by failing to maintain control of the equipment, (f) and by failing to exercise ordinary care. Custom also alleges that plaintiff failed to mitigate his damages in failing to retrain and/or return to work in another capacity. Custom further

AGREED PRETRIAL ORDER - 2
CASE NO. 2:24-cv-01078-JHC

asserts that failure to comply with medical provider instructions was a failure to mitigate and should be assessed by the jury. RCW 4.22.070; RCW 4.22.015; and RCW 4.22.005.

Custom will seek to allow the jury to allocate fault to BNB regarding its conduct and its non-delegable duties owed under Washington law. This is asserted in paragraph 4 of Custom's Affirmative Defenses. Dkt. 15 at page 5. Further amended discovery responses sought to allocate fault to BNB.

As to the claims against Sunbelt Rentals, Inc. ("Sunbelt"), plaintiff fails to state a claim beyond that alleged in the Complaint at paragraph 4.4 in which they claim solely negligent maintenance by Sunbelt under the Washington Product Liability Act (WPLA). Dkt. 1-1. To the extent plaintiff seeks to now expand this claim, he is prohibited in doing so by way of preemption, waiver, and failure to plead a broader "negligence" claim.

Sunbelt further asserts the affirmative defenses in its Answer. Dkt. 1-3. Specifically, Sunbelt asserts that its conduct was not the cause of the subject accident. To the extent plaintiff seeks to assert that a mis-wiring issue contributed to the accident, plaintiff's fault should be compared regarding his pre-use inspection and certification of operation. Further, Sunbelt claims plaintiff has failed to mitigate his damages in failing to retrain and return to work in another position. Sunbelt further asserts that failure to comply with medical provider instructions was a failure to mitigate and should be assessed by the jury. RCW 4.22.070; RCW 4.22.015, and RCW 4.22.005.

Sunbelt will seek to allow the jury to allocate fault to BNB regarding its conduct and its non-delegable duties owed under Washington law. This is asserted in paragraph 4 of Sunbelt's Affirmative Defenses. Dkt. 1-3. Sunbelt also asserted BNB was an at-fault party in response to written discovery dated 1.6.2025 and supplemented 7.14.2025 in which it was stated:

AGREED PRETRIAL ORDER - 3
CASE NO. 2:24-cv-01078-JHC

Sunbelt seeks to allocate fault to BNBuilders, Inc., pursuant to RCW 4.22.070 as the general contractor responsible for the worksite safety and with exclusive control of the location where the subject accident occurred.

This amended response was provided after production of documents responsive to Subpoenas issued to Holaday Parks and BNB.

### III.    ADMITTED FACTS

1.      On June 14, 2021, the date of the incident bringing rise to this lawsuit, plaintiff was employed as a union journeyman sheet metal worker by Holaday–Park, Inc., a subcontractor, on a multi-tiered job site located in Bellevue, Washington.

2.      The general contractor at the job site was BNB.

3.      Defendant, Custom Equipment, LLC, manufactured the Hybrid Model HB1030, serial number DO1–13316, scissor lift involved in the incident bringing rise to this lawsuit.

4.      On April 2, 2019, Sunbelt, purchased the Hybrid Model HB1030 from Custom Equipment, LLC, and in turn, rented it to various customers.  On April 28, 2021, Sunbelt rented the lift to plaintiff's employer, HoladayPark, Inc., for use at the Bellevue job site.

5.      The lift had been used on the jobsite without incident prior to June 14, 2021, including by plaintiff.

6.      On June 14, 2021, plaintiff, Matt Hartley, attempted to drive the subject scissor lift down a sloped ramp, , into an underground parking garage, when suddenly and without warning, the scissor lift began to uncontrollably descend the ramp.  Mr. Hartley disengaged the "joystick," and "trigger" which should have resulted in the machine coming to a stop.  Mr. Hartley did not appreciate the lift stopping and it did not stop.   He also engaged the E-stop button on the scissor lift, which should have stopped electricity to the machine and engaged a

brake. The scissor lift continued to travel down the ramp, Mr. Hartley then placed himself in the back of the equipment as it rolled into a concrete wall.

7.    The scissor lift was in a stowed position at the time of this event.

8.    As a proximate result of the scissor lift colliding with a concrete wall, Mr. Hartley suffered physical injuries.

9.    After a period of initial medical care, Mr. Hartley, on February 9, 2022, underwent an L3–L4 laminectomy.

10.    As a result of his incident related injuries, Mr. Hartley was unable to work in the same capacity as an HVAC Journeyman as he did before the accident and suffered lost wages.

## IV.    ISSUES OF LAW

1. Is there sufficient evidence to present the above-referenced claims asserted by plaintiff to the jury?

2. Is there sufficient evidence to support Plaintiff's claims for specific items of general and special damages?

3. Does plaintiff fail to state a claim regarding *res ipsa loquitur*?

4. Is there sufficient evidence to support any of Defendants' affirmative defenses?

5. Are Defendants precluded from attempting to allocate fault to Plaintiff's immune employer and the general contractor BN Builders? (Dkt #36).

## V.    EXPERT WITNSSES

(a)    The names, addresses of expert witnesses to be used by each party at time of trial, and the issues upon which they will testify is (1) on behalf of plaintiff;

> 1. **Craig Sylvester PE, Principal Forensic Engineer**
>    9800 Harbour Place, Suite 206,
>    Mukilteo, Washington 98275
>    (206) 508-5705

AGREED PRETRIAL ORDER - 5
CASE NO. 2:24-cv-01078-JHC

Mr. Sylvester will testify.  He was retained by plaintiff to conduct a forensic examination of the scissor lift at issue, and will be called to testify regarding his examination, investigation and opinions relating to the scissor lift.  His opinions are fully set forth within his initial and supplemental reports previously provided to the defendants.  His testimony will focus on the liability of each defendant in this case.

**2. Christina P. Tapia Ph.D. Economist**
Northwest Economics LLC,
1416 N.W. 46th Street, Suite 105 PMB337,
Seattle, Washington 98107
(206) 395-2300, X101

Dr. Tapia holds a Ph.D. in economics and has been retained as an economic loss expert by the plaintiff in this case.  She will testify regarding plaintiff's damages – economic losses resulting from the physical injuries suffered on June 14, 2021.  Dr. Tapia's investigation and opinions are set forth in her report which was previously provided to the defendants in this case.

**3. Nicholas J. Choppa**
OSC Vocational Systems, Inc.
10132 NE 185th
Bothell, WA 98011
(425) 486-4040

Mr. Choppa is an economic and vocational expert and will testify regarding damages – plaintiff's loss of earnings and earning capacity resulting from his incident-related injuries.  Mr. Choppa will testify regarding those matters set forth within his report which was previously provided to the defendants.

**4. Gary Schuster, MD**
Broadway Concierge Medicine

AGREED PRETRIAL ORDER - 6

CASE NO. 2:24-cv-01078-JHC

1600 116th Ave NE., #202
Bellevue, WA 98004
(206) 215-2288

Dr. Shuster is a physician licensed to practice medicine in the State of Washington and will testify regarding damages – the injuries suffered by the plaintiff which were proximately caused by the incident of June 14, 2021.  He will testify regarding the accident relatedness, reasonableness and necessity of Plaintiff's Medical billings. He has conducted a forensic medical exam of the plaintiff and has conducted an extensive record review.  He will testify regarding diagnosis and prognosis. Dr. Shuster's opinions are set forth within his written report which was previously provided to the defendants.

**(V) Plaintiff's No-Reporting Experts Pursuant to FRCP 26(a)(2)(C):**

**1.  Mario Alinea, MD**
**MultiCare-Occupational Medicine**
**3124 South 19th Street, Suite 110**
**Tacoma, Washington 98405**
**(253) 459-6541**

Dr. Alinea is plaintiff's primary care physician and will testify, based on his records, regarding plaintiff's accident-related physical conditions both before,  (if deemed relevant), and after the incident of June 14, 2021.  He will testify regarding the medical care provided by himself and by those providers whom he referred Mr. Hartley to following the incident of June 14, 2021. He will testify regarding diagnosis and prognosis. He will testify regarding which injuries were proximately caused by the events of June 14, 2021 and as to the reasonableness and necessity of the medical billings plaintiff asserts are related to incident-related care.

**2.  Wesley San, MD**

AGREED PRETRIAL ORDER - 7
CASE NO. 2:24-cv-01078-JHC

**Electrodiagnostic and Musculoskeletal Associates**
**3315 South 23rd Street, Suite 200**
**Tacoma, Washington 98405**
**(253) 272-9994**

Dr. San is one of plaintiff's treating physicians who specializes in nonoperative spine management.  He will testify regarding diagnosis and prognosis. Dr. San will be called to testify, regarding the care he provided to plaintiff for his accident-related injuries and as to the reasonable and necessity of his billings and those billings generated by other providers.

3.  **Peter Brown, MD**
    **MultiCare Neuroscience Institute**
    **915 Sixth Avenue, Suite 100**
    **Tacoma, Washington 98405**
    **(253) 403-7277**

Dr. Brown is a neurosurgeon who performed surgery on plaintiff in February of 2022. He will be called to testify, based on his records, regarding the care he provided to the plaintiff, plaintiff's diagnosis and prognosis, as well as the reasonableness and necessity of his billings related to plaintiff's accident-related care.  He will also be called to testify regarding the care provided by other physicians with whom he collaborated with or whom referred plaintiff for care.

4.  **Mattheu O. Williams, D.C.**
    **2604 Bridgeport Way, Suite 1D**
    **University Place, Washington 98466**
    **(253) 566-2225**

Dr. Williams is plaintiff's treating chiropractor and will be called to testify regarding plaintiff's condition both before, (if deemed relevant), and after the incident of June 14, 2021. He will be called upon to testify regarding his diagnosis and prognosis of plaintiff's accident-

AGREED PRETRIAL ORDER - 8
CASE NO. 2:24-cv-01078-JHC

related injuries and as to the reasonableness and necessity of the billings he generated when providing plaintiff accident-related care.

## VI.    OTHER WITNSSES

The names, addresses of witnesses other than experts to be used by each party at the time of trial, and the general nature of the testimony of each are: (a) on behalf of plaintiff:

1. **Matthew Hartley**
   **c/o The Law Offices of Ben F. Barcus**
   **4303 Ruston Way**
   **Tacoma, WA 98402**

Mr. Hartley is the plaintiff in this action and will testify regarding the incident of June 14, 2021, his work experience, his before and after physical condition and how his accident-related injuries has affected him physically, economically and emotionally.

2. **Caleb Zertuche**
   **6519 32nd Pl NE**
   **Marysville WA 98270**
   **(360) 969-0574**

Mr. Zertuche is a former coworker of plaintiff and was an eyewitness to the incident of June 14, 2021.  He will be called to testify regarding his observations on that date.

3. **Marc DeCrais**
   **20515 11th Dr SE**
   **Bothell, WA 98012**
   **(206) 595-2804; (206) 478-6287**

Mr. DeCrais is a former coworker of plaintiff and may be called as a witness to testify regarding the incident of June 14, 2021 and his observations of the aftermath of that event and the conditions of the scene.

4. **Joshua Molthen**

AGREED PRETRIAL ORDER - 9
CASE NO. 2:24-cv-01078-JHC

**14721 57th Ave S.**
**Tukwila, WA 98168**
**(206) 595-2232**

Mr. Molthen is a former coworker of the plaintiff and was present at the job site where the June 14, 2021 incident occurred.  He will be called to testify regarding what he heard and his observations of the scene following the incident and may be called upon to provide other information regarding the work being performed by his employer at that job site.

**5.  Troy Hendricks**
**1330 Maloney Grove Ave SE**
**North Bend, WA 98405**
**(425) 449-1549**

Mr. Hendricks is a former coworker of the plaintiff and was present on the job site on June 14, 2021.  He will be called to testify regarding his observations of the scene and his involvement in the investigations into the incident by Sunbelt and other entities working at the job site.

**6.  Ed Collins**
**Sunbelt Rentals – Kent**
**20215 84th Ave S.**
**Kent, WA 98032**
**(253) 872-0799**

Mr. Collins is the manager of the Kent facility which rented the HB1030 scissor lift to plaintiff's employer.  He will be called upon to testify regarding his investigation of the accident or the incident of June 14, 2021; his efforts to respond to the inquiries of BN Builders, the general contractor at the site who was investigating the incident. He will also testify regarding the maintenance of the HB1030 scissor lift at issue; and his observations regarding the reliability and quality of the Hy-Brid HB1030 scissor lift involved in the June 14, 2021 incident.

AGREED PRETRIAL ORDER - 10

CASE NO. 2:24-cv-01078-JHC

**7. San Pan**
   **Sunbelt Rentals – Kent**
   **20215 84th Ave S.**
   **Kent, WA 98032**
   **(253) 872-0799**

San Pan is an employee of Sunbelt who was involved in the maintenance of the HB1030 scissor lift at issue, and who performed an inspection of the scissor lift following the incident of June 14, 2021. He will be called to testify about his maintenance and inspection of the scissor lift and his observations regarding the reliability and quality of the scissor lift at issue.

**8. Chad Davenport**
   **Sunbelt Rentals – Kent**
   **20215 84th Ave S.**
   **Kent, WA 98032**
   **(253) 872-0799**

Chad Davenport is an employee of Sunbelt Rentals and provided maintenance on the Hy-Brid HB1030 scissor lift at issue.  Mr. Davenport will be called to testify regarding his maintenance of the HB1030 scissor lift at issue, and his observation regarding the reliability and quality of the scissor lift compared to those scissor lifts produced by other manufacturers.

**9. James Hagen, (as a fact witness and as spokesperson/FRCP 30(b)(6) witness on**
   **behalf of Equipment Experts Inc.)**
   **2704 104th Street Ct S.**
   **Building K**
   **Lakewood, WA 98499**
   **(253) 201-7349**

Mr. Hagen in response to plaintiff's FRCP 30(b)(6) deposition notice to Equipment Experts Inc. was presented as its company spokesperson.  Mr. Hagen may be called to testify at the time of trial regarding the maintenance he provided to the scissor lift at issue in this case, as well as any observations he had regarding the reliability and/or quality of the HB 1030 scissor lift at issue.

AGREED PRETRIAL ORDER - 11

CASE NO. 2:24-cv-01078-JHC

10. **Shawn Hammons**
    **1013 Collis Way**
    **Newcastle, OK 73065**
    **(405) 834-1935**

Mr. Hammons is a safety professional who was formerly employed by BNB, the general contractor on the job site where the incident of June 14, 2021 occurred. He investigated the incident, and he may be called to testify regarding the role of the general contractor at the job site as it relates to safety and the details of his investigation into the incident.

11. **Steve Leigh**
    **2815 Elliott Avenue**
    **Seattle, WA 98121**
    **(206) 382-3443**

Mr. Leigh was presented as a spokesperson for BNB in response to plaintiff's FRCP 30(b)(6) deposition notice issued to BNB. Mr. Leigh may be called to testify regarding the role of BNB as it relates to safety at the job site, and the investigation performed by BNB into the incident of June 14, 2021. He may be called to testify regarding BNB duties as a general contractor to conduct such investigations.

## VII.    DEFENDANT EXPERTS

1. **Merrill Cohen, MC CRC CLCP**
   **Strategic Consulting Services INC**
   **15 South Grady Way Suite 115**
   **Renton, WA 98057**

Merrill Cohen is a vocational rehabilitation counselor who will be called to testify regarding Plaintiff's condition and his employment prospects.

2. **Mark Lawless**
   **Construction Systems Management Inc**
   **1511 3rd Ave, Suite 1001**

AGREED PRETRIAL ORDER - 12

CASE NO. 2:24-cv-01078-JHC

**Seattle, WA 98101**

Mark Lawless is an expert on construction management and will be called to testify on Plaintiff's responsibilities as a construction worker and his duties as an employee. He will testify regarding the responsibilities of BNBuilders for job site safety.

3. **Lawrence Murphy MD**
   **4957 Lakemont Blvd SE**
   **Suite C4 #23**
   **Bellevue, WA 98006**

   Dr. Murphy is a neurologist who will testify to Plaintiff's medical injuries, conditions, and the causation of Plaintiff's injuries and treatment.

4. **Bruce Rolfe M.D.**
   **c/o PDS**
   **406 Yauger Way SW Suite A**
   **Olympia, WA 98502**

   Dr. Rolfe is an orthopedic surgeon who will offer testimony on Plaintiff's physical injuries, treatment and the causation of Plaintiff's injuries.

5. **John Straubinger PE**
   **c/o Rimkus**
   **16932 Woodinville Redmond Rd. NE Suite A105**
   **Woodinville, WA 98072**

   John Straubinger will offer opinions and testimony on the function of the scissor lift and his opinions on the cause of the incident.

6. **Paul Guthorn**
   **Vollmer-Gray Engineering Laboratories**
   **2421 Palm Drive**
   **Signal Hill, CA 90755**

   Mr. Guthorn will offer opinions and testimony on the function of the scissor lift and his opinions on the cause of the incident.

AGREED PRETRIAL ORDER - 13

CASE NO. 2:24-cv-01078-JHC

## VIII.  OTHER WITNSSES

The names, addresses of witnesses other than experts to be used by each party at the time of trial, and the general nature of the testimony of each are: (a) on behalf of plaintiff:

**12. Matthew Hartley**
   **c/o The Law Offices of Ben F. Barcus**
   **4303 Ruston Way**
   **Tacoma, WA 98402**

Mr. Hartley is the plaintiff in this action and will testify regarding the incident of June 14, 2021, his work experience, his before and after physical condition and how his accident-related injuries has affected him physically, economically and emotionally.

**13. Caleb Zertuche**
   **6519 32nd Pl NE**
   **Marysville WA 98270**
   **(360) 969-0574**

Mr. Zertuche is a former coworker of plaintiff and was an eyewitness to the incident of June 14, 2021.  He will be called to testify regarding his observations on that date.

**14. Marc DeCrais**
   **20515 11th Dr SE**
   **Bothell, WA 98012**
   **(206) 595-2804; (206) 478-6287**

Mr. DeCrais is a former coworker of plaintiff and may be called as a witness to testify regarding the incident of June 14, 2021 and his observations of the aftermath of that event and the conditions of the scene.

**15. Joshua Molthen**
   **14721 57th Ave S.**
   **Tukwila, WA 98168**
   **(206) 595-2232**

AGREED PRETRIAL ORDER - 14

CASE NO. 2:24-cv-01078-JHC

Mr. Molthen is a former coworker of the plaintiff and was present at the job site where the June 14, 2021 incident occurred.  He will be called to testify regarding what he heard and his observations of the scene following the incident and may be called upon to provide other information regarding the work being performed by his employer at that job site.

**16. Troy Hendricks**
   **1330 Maloney Grove Ave SE**
   **North Bend, WA 98405**
   **(425) 449-1549**

Mr. Hendricks is a former coworker of the plaintiff and was present on the job site on June 14, 2021.  He will be called to testify regarding his observations of the scene and his involvement in the investigations into the incident by Sunbelt and other entities working at the job site.

**17. Ed Collins**
   **Sunbelt Rentals – Kent**
   **20215 84th Ave S.**
   **Kent, WA 98032**
   **(253) 872-0799**

Mr. Collins is the manager of the Kent facility which rented the HB1030 scissor lift to plaintiff's employer.  He will be called upon to testify regarding his investigation of the accident or the incident of June 14, 2021; his efforts to respond to the inquiries of BN Builders, the general contractor at the site who was investigating the incident. He will also testify regarding the maintenance of the HB1030 scissor lift at issue; and his observations regarding the reliability and quality of the Hy-Brid HB1030 scissor lift involved in the June 14, 2021 incident.

**18. San Pan**
   **Sunbelt Rentals – Kent**
   **20215 84th Ave S.**
   **Kent, WA 98032**

AGREED PRETRIAL ORDER - 15

CASE NO. 2:24-cv-01078-JHC

**(253) 872-0799**

San Pan is an employee of Sunbelt who was involved in the maintenance of the HB1030 scissor lift at issue, and who performed an inspection of the scissor lift following the incident of June 14, 2021. He will be called to testify about his maintenance and inspection of the scissor lift and his observations regarding the reliability and quality of the scissor lift at issue.

**19. Chad Davenport**
   **Sunbelt Rentals – Kent**
   **20215 84th Ave S.**
   **Kent, WA 98032**
   **(253) 872-0799**

Chad Davenport is an employee of Sunbelt Rentals and provided maintenance on the Hy-Brid HB1030 scissor lift at issue.  Mr. Davenport will be called to testify regarding his maintenance of the HB1030 scissor lift at issue, and his observation regarding the reliability and quality of the scissor lift compared to those scissor lifts produced by other manufacturers.

**20. James Hagen, (as a fact witness and as spokesperson/FRCP 30(b)(6) witness on behalf of Equipment Experts Inc.)**
   **2704 104th Street Ct S.**
   **Building K**
   **Lakewood, WA 98499**
   **(253) 201-7349**

Mr. Hagen in response to plaintiff's FRCP 30(b)(6) deposition notice to Equipment Experts Inc. was presented as its company spokesperson.  Mr. Hagen may be called to testify at the time of trial regarding the maintenance he provided to the scissor lift at issue in this case, as well as any observations he had regarding the reliability and/or quality of the HB 1030 scissor lift at issue.

**21. Shawn Hammons**
   **1013 Collis Way**
   **Newcastle, OK 73065**

AGREED PRETRIAL ORDER - 16

CASE NO. 2:24-cv-01078-JHC

**(405) 834-1935**

Mr. Hammons is a safety professional who was formerly employed by BNB, the general contractor on the job site where the incident of June 14, 2021 occurred.  He investigated the incident, and he may be called to testify regarding the role of the general contractor at the job site as it relates to safety and the details of his investigation into the incident.

22. **Steve Leigh**
    **2815 Elliott Avenue**
    **Seattle, WA 98121**
    **(206) 382-3443**

Mr. Leigh was presented as a spokesperson for BNB in response to plaintiff's FRCP 30(b)(6) deposition notice issued to BNB.  Mr. Leigh may be called to testify regarding the role of BNB as it relates to safety at the job site, and the investigation performed by BNB into the incident of June 14, 2021.  He may be called to testify regarding BNB duties as a general contractor to conduct such investigations.

23. **Mac Abfall**
    **Individually and as 30(b)(6)**
    **c/o Smith Freed Eberhard**

    Mr. Abfall will testify in his personal capacity and as a representative of Custom Equipment.  He will testify to his knowledge of the HB 1030 scissor lift, his personal knowledge of the lift, Custom Equipment's knowledge of the lift, and Plaintiff's allegations.

24. **Terrence ("Terry") Teetz**
    **602 Kaiola St**
    **Kihei (Maui), Hawaii  96753-7556**
    **(253) 218-5528**

    Mr. Teetz is a Sunbelt Technician 3 currently working and residing in Hawaii.  He previously

AGREED PRETRIAL ORDER - 17

CASE NO. 2:24-cv-01078-JHC

worked in Washington, with Sunbelt Rentals, Inc.  He may be called as a rebuttal witness to address factual issues raised during Plaintiff's presentation of evidence

## IX.   EXHIBITS

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1 | Photograph of scissor lift Bates No. PLF000001 | | | | |
| 2 | Photograph of scissor lift Bates No. PLF000002 | | | | |
| 3 | Photograph of scissor lift Bates No. PLF000003 | | | | |
| 4 | Photograph of scissor lift Bates No.  PLF000004 | | | | |
| 5 | Photograph of ramp Bates No. PLF000005 | | | | |
| 6 | Photograph of ramp surface Bates No. PLF000006 | | | | |
| 7 | Photograph of ramp surface with scratch mark Bates No. PLF000007 | | | | |
| 8 | Photograph of ramp surface with scratch mark Bates No. PLF000008 | | | | |
| 9 | Photograph of ramp surface with scratch mark Bates No. PLF000009 | | | | |
| 10 | Photograph of ramp surface with scratch mark Bates No. PLF000010 | | | | |
| 11 | Photograph of ramp wall Bates No. PLF000011 | | | | |
| 12 | Holaday – Parks, Inc.  – Accident and near miss incident investigation | | | X  802; 403; 701 and 702 as to p.3 | |

AGREED PRETRIAL ORDER - 18

CASE NO. 2:24-cv-01078-JHC

| | report.<br>Bates No. PLF000012-17 | | | concerning cause of incident | |
|---|---|---|---|---|---|
| 13 | Sunbelt Property incident report, authored by Ed Collins.<br>Bates No. PLF000018-21 | | | X<br><br>805 as to comment by Marc Decrais on p. 2 [Custom Only] | |
| 14 | Email rebuttal to Ed Collins' report, authored by Troy Hendricks, dated June 17, 2021.<br>Bates No. PLF000022-23 | | | X<br><br>801<br><br>701<br><br>702 | |
| 15 | Holaday – Parks, Inc. daily lift inspection, regarding Hybrid Unit No. 10149501, dated 6/14/21 – /6/18/21 – 8/21, inspected by "Grip".<br>Bates No. PLF000024 | | | | |
| 16 | Sunbelt Rentals – work orders in a chronological order regarding the HyBrid HB1030 lift, assigned Equipment No. 10149501.  Serial No. DO1-13316.<br>Bates No. PLF000025-66 | | | | |
| 17 | Operations and Safety Manual for the HB1030.<br>Bates No. PLF000067-98 | | | | |
| 18 | Maintenance and Troubleshooting Manual for the HB1030.<br>Bates No. PLF000099-123 | | | | |
| 19 | Figure 1, from the Craig Sylvester Report, dated August 11, 2025.<br>Bates No. PLF000124 | | | | |

AGREED PRETRIAL ORDER - 19

CASE NO. 2:24-cv-01078-JHC

| 20 | Figure 2, from the Craig Sylvester Report from August 11, 2025. Bates No. PLF000125 | | | X<br><br>401<br><br>402<br><br>403<br><br>702<br><br>703 | |
|---|---|---|---|---|---|
| 21 | Figure 3 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000126 | | | | |
| 22 | Figure 4 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000127 | | | | |
| 23 | Figure 5 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000128 | | | | |
| 24 | Figure 6 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000129 | | | | |
| 25 | Figure 7 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000130 | X<br><br>901 | | X<br><br>802<br><br>No objection to use under FRE 107 | |
| 26 | Figure 8 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000131 | | | X<br><br>401<br><br>402<br><br>403<br><br>702<br><br>703 | |
| 27 | Figure 9 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000132 | | | X<br><br>401<br><br>402 | |

AGREED PRETRIAL ORDER - 20

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | | | | 403 | |
| 28 | Figure 10 of the Craig Sylvester Report of August 11, 2025. Bates No. PLF000133 | X<br>901 | | X<br>403<br>702<br>703 | |
| 29 | Figure 11 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000134 | X<br>901 | | X<br>401<br>403<br>702<br>703 | |
| 30 | Figure 12 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000135 | | | | |
| 31 | Figure 13 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000136 | | | | |
| 32 | Figure 14 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000137 | | | | |
| 33 | Figure 15 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000138 | X<br>901 | | X<br>802<br>No objection to use under FRE 107 | |
| 34 | Figure 16 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000139 | X<br>901 | | X<br>802<br>No objection to use under FRE 107 | |
| 35 | Figure 17 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000140 | | | | |

AGREED PRETRIAL ORDER - 21

CASE NO. 2:24-cv-01078-JHC

| 36 | Figure 18 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000141 | | | | |
|---|---|---|---|---|---|
| 37 | Figure 19 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000142 | | | | |
| 38 | Figure 20 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000143 | X<br>901 | | X<br>403<br>802<br>No objection to use under FRE 107 | |
| 39 | Figure 21 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000144 | | | | |
| 40 | Figure 22 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000145 | | | | |
| 41 | Figure 23 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000146 | | | X<br>401<br>402<br>403 | |
| 42 | Figure 24 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000147 | | | X<br>401<br>402<br>403 | |
| 43 | Figure 25 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000148 | | | X<br>401<br>402<br>403 | |
| 44 | Figure 26 from the Craig Sylvester Report of | | | X<br>401 | |

AGREED PRETRIAL ORDER - 22

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | August 11, 2025.<br>Bates No. PLF000149 | | | 402<br>403 | |
| 45 | Figure 27 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000150 | | | X<br>401<br>402<br>403<br>702<br>703<br>802 | |
| 46 | Figure 28 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000151 | | | X<br>401<br>402<br>403 | |
| 47 | Figure 29 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000152 | | | X<br>401<br>402<br>403 | |
| 48 | Figure 30 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000153 | | | X<br>401<br>402<br>403 | |
| 49 | Figure 31 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000154 | | | X<br>401<br>402<br>403 | |
| 50 | Figure 32 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000155 | | | | |
| 51 | Figure 33 from the Craig Sylvester Report of August 11, 2025.<br>Bates No. PLF000156 | | | | |

AGREED PRETRIAL ORDER - 23

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 52 | Figure 34 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000157 | | | | |
| 53 | Figure 35 from the Craig Sylvester Report of August 11, 2025. Bates No. PLF000158 | | | X<br>401<br>402<br>403 | |
| 54 | Figure 2 from the Craig Sylvester Supplemental Report of September 25, 2025. Bates No. PLF000159 | X<br>901 | | X<br>403<br>802<br>No objection to use under FRE 107 | |
| 55 | Figure 3 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000160 | | | | |
| 56 | Figure 4 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000161 | | | | |
| 57 | Figure 5 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000162 | X<br>901 | | X<br>401<br>402<br>403 | |
| 58 | Figure 6 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000163 | X<br>901 | | X<br>401<br>402<br>403 | |
| 59 | Figure 7 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000164 | | | X<br>401<br>402<br>403 | |

AGREED PRETRIAL ORDER - 24

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 60 | Figure 8 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000165 | X<br>901 | | X<br>401<br>402<br>403 | |
| 61 | Figure 9 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000166 | X<br>901 | | X<br>401<br>402<br>403<br>702<br>703<br>801<br>802 | |
| 62 | Figure 10 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000167 | X<br>901 | | X<br>401<br>402<br>403<br>702<br>703<br>801<br>802 | |
| 63 | Figure 11 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000168 | X<br>901 | | X<br>702<br>703<br>802<br>No objection to use under 107 | |
| 64 | Figure 12 from the Supplemental Report of Craig Sylvester, dated September 25, 2025. Bates No. PLF000169 | X<br>901 | | X<br>401<br>402<br>403 | |

AGREED PRETRIAL ORDER - 25

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | | | | 702 703 801 802 | |
| 65 | Inspection video of Craig Sylvester. Bates No. PLF000170 | | | | |
| 66 | Inspection video of Craig Sylvester. Bates No. PLF000171 | | | | |
| 67 | Inspection video of Craig Sylvester. Bates No. PLF000172 | | | | |
| 68 | Inspection video of Craig Sylvester Bates No. PLF000173 | | | | |
| 69 | Inspection video of Craig Sylvester. Bates No. PLF000174 | | | | |
| 70 | Inspection video of Craig Sylvester. Bates No. PLF000175 | | | | |
| 71 | Inspection video of Craig Sylvester. Bates No. PLF000176 | | | | |
| 72 | Inspection video of Craig Sylvester Bates No. PLF000177 | | | | |
| 73 | Inspection video of Craig Sylvester. Bates No. PLF000178 | | | | |
| 74 | Inspection video of Craig Sylvester. Bates No. PLF000179 | | | | |
| 75 | Inspection video of Craig Sylvester. Bates No. PLF000180 | | | | |
| 76 | Service bulletin 05AUG19, issued by | | | X 401 | |

AGREED PRETRIAL ORDER - 26

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | HyBrid Lifts regarding "upper control box switches – dielectric grease." Bates No. PLF000181-82 | | | 402 403 (Duplicative of 53) | |
| 77 | BNB incident report with attached scene photos. Bates No. PLF000183-86 | | | X 602 and 702 and 802 (Part of "Incident Description" and "Immediate Causes"). | |
| 78 | BNB email. Bates No. PLF000187-91 | | | | |
| 79 | BNB conclusions. Bates No. PLF000192-194 | X 901 | | X 403 602 701 702 802 805 | |
| 80 | CV of Craig Sylvester P.E. Bates No. PLF000195-198 | | | X 802 403 | |
| 81 | Table 3:  Summary, preliminary economic damages – Matthew Hartley, authored by Dr. Tapia. Bates No. PLF000199-201 | | | X 802 403 | |
| 82 | CV of Dr. Tapia. Bates No. PLF000202-205 | | | X 802 403 | |
| 83 | Report of Dr. Tapia. Bates No. PLF000206-216 | | | X 802 403 | |

AGREED PRETRIAL ORDER - 27

CASE NO. 2:24-cv-01078-JHC

| 84 | CV of Nick Choppa. Bates No. PLF000217-220 | | | X 802 403 | |
|---|---|---|---|---|---|
| 85 | Report of Nick Choppa, MA, CBC, CVMS,/TTM. Bates No. PLF000221-233 | | | X 802 403 | |
| 86 | CV of Dr. Schuster. Bates No. PLF000234-237 | | | X 802 403 | |
| 87 | Report of Dr. Schuster. Bates No. PLF000238-260 | | | X 802 403 | |
| 88 | Records of University Place Chiropractic, Dr. Mattheu Williams, DC. Bates No. PLF000261-291 | | | | |
| 89 | The billings from University Place Chiropractic. Bates No. PLF000292-294 | | | X 401 402 403 | |
| 90 | Excerpts of records from Mario Alinea, Multi-care – Occupational Medicine. Bates No. PLF000295-759 | | | | |
| 91 | Bills for Dr. Alinea's incident related medical care. Bates No. PLF000760-775 | | | | |
| 92 | Records of Electrodiagnostic and Musculoskeletal Associates – Wesley San, M.D. Bates No. PLF000776-975 | | | | |
| 93 | Billings from Electrodiagnostic and Musculoskeletal | | | | |

AGREED PRETRIAL ORDER - 28

CASE NO. 2:24-cv-01078-JHC

| | | | | |
|---|---|---|---|---|
| | Associates.<br>Bates No. PLF000976-978 | | | | |
| 94 | Records of Peter Brown, M.D., MultiCare Neuroscience Institute.<br>Bates No. PLF000979-1026 | | | | |
| 95 | Billings for care provided by Dr. Peter Brown through MultiCare.<br>Bates No. PLF001027-10131 | | | | |
| 96 | Records of Olympic Sports and Spine.<br>Bates No. PLF001032-1185 | | | | |
| 97 | Billings from Olympic Sports and Spine.<br>Bates No. PLF001186-1200 | | | | |
| 98 | Summary of the incident related medical billings.<br>Bates No. PLF001201-1208 | | | X<br>901<br>403<br>703 | |
| 99 | Summary of Dr. Murphy's forensic income.<br>Bates No. PLF001209-1211 | | | X<br>901<br>403 | |
| 100 | MRI Report of 08/18/2021<br>Bates No. PLF001212-1216 | X<br>901 | | X<br>802<br>No objection to use under 107 | |
| 101 | MRI Scans of 08/18/2021<br>Bates No. PLF001217 | X<br>(not provided – placeholder) | | | |

AGREED PRETRIAL ORDER - 29

CASE NO. 2:24-cv-01078-JHC

| 102 | MRI Report of 04/19/2022 Bates No. PLF001218-1221 | | | | |
|-----|-----|-----|-----|-----|-----|
| 103 | MRI Scans of 04/19/2022 Bates No. PLF001222 | X (not provided – placeholder) | | | |
| 104 | Nerve Root Chart. Bates No. PLF001223 | | | X 901 703 | |

| Defendant's Exhibits | | | | | |
|-----|-----|-----|-----|-----|-----|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 501 | Right wheel brake release left side part 1 | | | | |
| 502 | Right wheel brake release left side part 2 | | | | |
| 503 | Right wheel brake from right side | | | | |
| 504 | Lift Inspection photos Custom 0001-0028 | | | | |
| 505 | Hybrid Lifts Invoice Custom 0029-0033 | | | | |
| 506 | Maintenance Manual Custom 0034-0058 | | | | |
| 507 | Owners Manual Custom 0059-0090 | | | | |
| 508 | Prestart checklist Custom 0091 | | | | |
| 509 | Serial numbers Custom 0092-0094 | | | | |
| 510 | Maintenance file | | | | |

AGREED PRETRIAL ORDER - 30

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | Custom 0095-0133 | | | | |
| 511 | ANSI A92.20-2020 Custom 0134-0245 | | X | Legal Conclusion | |
| 512 | BNB Incident Report Custom 0246-0257 | | | | |
| 513 | ANSI 92.6-2006 Custom 0258-0301 | | X | Legal Conclusion | |
| 514 | ANSI 92.22-2020 Custom 0302-0345 | | X | Legal Conclusion | |
| 515 | Serial Number check sheet Custom 0346-0353 | | | | |
| 516 | Sunbelt invoices Custom 0354-0365 | | | | |
| 517 | Ramp Video Native format | | | | |
| 518 | Plaintiff 2018 tax return (PII Redacted) Custom 0366-0385 | | | | |
| 519 | Plaintiff 2019 tax return (PII Redacted) Custom 0386-0398 | | | | |
| 520 | Plaintiff 2020 tax return (PII Redacted) Custom 0399-0413 | | | | |
| 521 | Plaintiff 2021 tax return (PII Redacted) Custom 0414-0430 | | X | ER 403 | |
| 522 | 10149501 File Detail and Rental History Custom 0431-0437 | | | | |
| 523 | Rental Contract Custom 0438-0442 | | | | |
| 524 | 10149501 Maint. File | | | | |

AGREED PRETRIAL ORDER - 31

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | Custom 0443-0481 | | | | |
| 525 | Gouge Marks v3 Custom 0482 | | | | |
| 526 | Gouge marks v4 Custom 0483 | | | | |
| 527 | Wall Photo Custom 0484 | | | | |
| 528 | Gouge Marks v1 Custom 0485 | | | | |
| 529 | Gouge Marks v2 Custom 0486 | | | | |
| 530 | 8/5/25 Video 195547000 | | | | |
| 531 | 8/5/25 Video 195635000 | | | | |
| 532 | 8/5/25 Video 203752761 (Screenshot) | | | | |
| 533 | 8/5/25 Video 203808000 | | | | |
| 534 | 8/5/25 Video 203857951 (Screenshot) | | | | |
| 535 | 8/5/25 Video 203906000 | | | | |
| 536 | 8/5/25 Video 203949000 | | | | |
| 537 | 8/5/25 Video 204547000 | | | | |
| 538 | 8/5/25 Video 205111000 | | | | |
| 539 | 8/5/25 Video 205548000 | | | | |
| 540 | 8/5/25 Video 205643000 | | | | |

AGREED PRETRIAL ORDER - 32

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 541 | 8/5/25 Video 210235765 (Screenshot) | | | | |
| 542 | 8/5/25 Video 210252572 | | | | |
| 543 | 8/5/25 Video 210624000 | | | | |
| 544 | 8/5/25 Video 211639586 (Screenshot) | | | | |
| 545 | 8/5/25 Video 212731000 | | | | |
| 546 | Incident 2009127 Custom 0492 | | | | |
| 547 | NHO 2021.03.08 Custom 0493-0497 | | | | |
| 548 | New Hire Orientation 2014.10.13 Custom 0498-0506 | | | | |
| 549 | New Hire Orientation 2017.07.05 Custom 0507-0512 | | | | |
| 550 | NHO Employee Handbook 5.30.23 Custom 0513-0514 | | | | |
| 551 | Termination Slip 2015.01.30 Custom 0515 | | X | | ER 402 and ER 403 |
| 552 | Termination Slip 2017.11.14 Custom 0516 | | X | ER 402 and ER 403 | |
| 553 | Termination Slip 2019.07.26 Custom 0517 | | X | | |

AGREED PRETRIAL ORDER - 33

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 554 | Termination Slip 2021.10.07<br><br>Custom 0518 | | X | ER 402 and ER 403 | |
| 555 | Training SCILIF Scissor lift 3yrs<br><br>Custom 0519-0531 | | | | |
| 556 | Training SCILIF Scissor Lift 3 yrs-1<br><br>Custom 0532-0533 | | | | |
| 557 | Straubinger Report<br><br>2025.08.11<br><br>(Identification Purposes Only)<br><br>Custom 0534-0575 | | X | ER 402 and ER 403 | |
| 558 | Straubinger Report<br><br>2025.09.15<br><br>(Identification Purposes Only)<br><br>Custom 0576-0614 | | X | ER 402 and ER 403 | |
| 559 | Straubinger CV<br><br>(Identification Purposes Only)<br><br>Custom 0615-0617 | | X | ER 402 and ER 403 | |
| 560 | Rolfe Report<br><br>(Identification Purposes Only)<br><br>Custom 0618-0620 | | X | ER 402 and ER 403 | |
| 561 | Rolfe CV<br><br>(Identification Purposes Only)<br><br>Custom 0621-0626 | | X | ER 402 and ER 403 | |
| 562 | Murphy Report<br><br>(Identification Purposes Only)<br><br>Custom 0627-0652 | | X | ER 402 and ER 403 | |

AGREED PRETRIAL ORDER - 34

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 563 | Murphy Addendum (Identification Purposes Only) Custom 0653-0698 | | | | |
| 564 | Murphy CV (Identification Purposes Only) Custom 0699-0700 | | | | |
| 565 | Lawless Report (Identification Purposes Only) Custom 0701-0707 | | | | |
| 566 | Lawless CV (Identification Purposes Only) Custom 0708-0710 | | | | |
| 567 | Cohen Report (Identification Purposes Only) Custom 0711-0720 | | | | |
| 568 | Cohen Addendum (Identification Purposes Only) Custom 0721-0726 | | | | |
| 569 | Cohen CV (Identification Purposes Only) Custom 0727-0729 | | | | |
| 570 | Union Paperwork Custom 0730-0733 | | | | |
| 571 | Straubinger Video/photos Exemplar Controller Custom 0734-0746 | | | | |

AGREED PRETRIAL ORDER - 35

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 572 | Inspection video 7.9.25 | | | | |
| 573 | Joint inspection videos photos 8.5.25 | | | | |
| 574 | Photos 1.17.23 normal size and reduced<br><br>Custom 0752-0965 | | | | |
| 575 | Photos 7.9.25 normal size and reduced<br><br>Custom 0966-1243 | | | | |
| 576 | Photos 8.5.25 normal size and reduced<br><br>Custom 1244-1445 | | | | |
| 577 | Site photos 7.23.24 normal size and reduced<br><br>Custom 1446-1505 | | | | |
| 578 | Video screenshot slope rotated | | | | |
| 579 | University Place Chiropractic Records<br><br>Custom 1506-1536 | | | | |
| 580 | Olympic Sport and Spine Records<br><br>Custom 1537-1565 | | | | |
| 581 | MultiCare Health System Records<br><br>Custom 1567-1600 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Defendant Sunbelt's Exhibits [601-675] |
|---|

AGREED PRETRIAL ORDER - 36

CASE NO. 2:24-cv-01078-JHC

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 601 | Sunbelt Work Order 119462755-0001, Dated 11/4/2021 [with attachments of purchase order/invoice of Equipment Experts]<br><br>[4 pgs] | | | | |
| 602 | Photo/Screen Shot of Sylvester Inspection video 8.5.2025<br><br>[Sylvester Dep., Ex. 13] | | | | |
| 603 | Sunbelt Work Order 88394423-0001, Closed 4/03/2019 (3 pages) | | | | |
| 604 | Sunbelt Work Order 88394492-0001, Closed 4/03/2019 (3 pages) | | | | |
| 605 | Sunbelt Work Order 88402221-0001, Closed 4/03/2019 (1 page) | | | | |
| 606 | Sunbelt Work Order 88580901-0001, Closed 4/10/2019 (1 page) | | | | |
| 607 | Sunbelt Work Order 95117994-0001, Closed 10/18/2019 (1 pages) | | | | |
| 608 | Sunbelt Work Order 98760001-0001, Closed 2/19/2020 (1 page) | | | | |
| 609 | Sunbelt Work Order 101644666-0001, Closed 5/20/2020 (3 pages) | | | | |
| 610 | Sunbelt Work Order 102581513-0001, Closed 6/18/2020 (2 pages) | | | | |
| 611 | Sunbelt Work Order 102821372-0001, Closed 6/24/2020 (1 page) | | | | |

AGREED PRETRIAL ORDER - 37

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 612 | Sunbelt Work Order 102821447-0001, Closed 6/24/2020 (1 page) | | | | |
| 613 | Sunbelt Work Order 102823619-0001, Closed 6/24/2020 (3 pages) | | | | |
| 614 | Sunbelt Work Order 103661649-0001, Closed 7/20/2020 (3 pages) | | | | |
| 615 | Sunbelt Work Order 108411831-0001, Closed 2/17/2021 [with attachments of /purchase order/invoice of Equipment Experts]<br><br>[4 pgs] | | | | |
| 616 | Sunbelt Work Order 110440230-0001, Closed 2/16/2020 (1 page) | | | | |
| 617 | Sunbelt Work Order 111563824-0001, Closed 3/23/2021 (2 pages) | | | | |
| 618 | Sunbelt Work Order 111582896-0001, Closed 3/23/2021 (1 page) | | | | |
| 619 | Sunbelt Work Order 112892403-0001, Closed 4/28/2021 (1 page) | | | | |
| 620 | Sunbelt Work Order 113354800, Opened 5/11/2021 Not closed (1 page) | | | | |
| 621 | Sunbelt Work Order 113444307-0001, Closed 5/14/2021 (1 page) | | | | |
| 622 | Sunbelt Work Order 114659096, Opened 6/17/2021 Not closed (1 page) | | | | |

AGREED PRETRIAL ORDER - 38

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| 623 | Sunbelt Work Order 114714319-0001, Closed 6/18/2021 (1 page) | | | | |
| 624 | Sunbelt Work Order 120277384-0001, Closed 11/30/2021 (1 page) | | | | |
| 625 | Sunbelt Work Order 122345694-0001, Closed 2/04/2022 (1 page) | | | | |
| 626 | Sunbelt Work Order 122727308-0001, Closed 2/14/2022 (1 page) | | | | |
| 627 | Sunbelt Work Order 123013527-0001, Closed 3/31/2022 (1 page) | | | | |
| 628 | Sunbelt Work Order 123127056-0001, Closed 2/25/2022 (1 page) | | | | |
| 629 | Scene Photo 1 | | | | |
| 630 | Scene Photo 2 | | | | |
| 631 | Scene Photo 3 | | | | |
| 632 | Scene Photo 4 | | | | |
| 633 | Scene Photo 5 | | | | |
| 634 | Scene Photo 6 | | | | |
| 635 | Scene Photo 7 | | | | |
| 636 | Scene Photo 8 | | | | |
| 637 | Scene Photo 9 | | | | |
| 638 | Scene Photo 10 | | | | |
| 639 | Scene Photo 11 | | | | |
| 640 | Scene Video of Ramp | | | | |
| 641 | Sunbelt Incident Report 6.15.2021 | | | | |
| 642 | No Lifts on Ramp Sign – Zertuche deposition. Ex. 14. | | X | ER 402; ER 403 and ER 407 | |
| 643 | Hartley-Holaday Parks Inc. Daily lift Inspection | | | | |

AGREED PRETRIAL ORDER - 39

CASE NO. 2:24-cv-01078-JHC

| | | | | | |
|---|---|---|---|---|---|
| | record Pre-use inspection report – Ex.5 BNB 85 | | | | |
| 644 | Invoice 112800929-0001 (Exchange) Holaday Parks 4.28.2021 | | | | |
| 645 | Invoice 112800929-0002 Holaday Parks 5.6.2021 | | | | |
| 646 | Hy-Brid Lift Maintenance and Troubleshooting Manual - SUPO-694 | | | | |
| 647 | Hy-Brid Lift Operations and Safety Manual - SUPO-693 | | | | |
| 648 | Hy-Brid Lift Parts Manual - SUPO-682 | | | | |
| 649 | Custom Design and Manufacturing Criteria/Report [CE 0250-0499] | | X | ER 402 and ER 403 | |
| 650 | Custom Equipment, Inc. Declaration of Conformity | | X | ER 402 and ER 403 | |
| 651 | Custom Equipment Inspection 6.13.2016 Tack Weld Base | | X | ER 402 and ER 403 | |
| 652 | Custom Equipment Inspection 6.13.2016 Full Weld Base | | X | ER 402 and ER 403 | |
| 653 | Custom Equipment Inspection 11.1.2016 | | X | ER 402 and ER 403 | |
| 654 | Hy-Brid Assembly Check-off Sheet 3.27.2019 | | | | |
| 655 | Serial Number List [CE 0033-0037] | | | | |
| 656 | Custom Equipment Service Bulletin [CE 0501-0502 | | | | |
| 657 | ANSI Standard 92.6 CE 0206-0249 | | | Legal Conclusion | |

AGREED PRETRIAL ORDER - 40

CASE NO. 2:24-cv-01078-JHC

| 658 | Hy-Brid Invoice 51265 3.27.2019 | | | | |
|---|---|---|---|---|---|
| 659 | Hartley Dispatch and Hours worked history DOC030725 | | | | |
| 660 | Termination Slip 10.07.2021 | | X | ER 402 and ER 403 | |
| 661 | Reserved for Medical Records | X | X | | |
| 662 | Reserved for Medical Records | X | X | | |
| 663 | Reserved for Medical Records | X | X | | |
| 664 | Reserved for Medical Records | X | X | | |
| 665 | Paul Guthorn Report and CV [Identification Only] | | X | ER 402 and ER 403 | |
| 666 | Reserved | | | | |
| 667 | Reserved | | | | |
| 668 | Dr. Lawrence Murphy FRCP 35 Exam [8.4.2025] and Addendum [9.16.2025] and CV [Identification Only | | X | ER 402 and ER 403 | |
| 669 | Dr. Bruce Rolfe Medical Record Report [8.11.2025] and Addendum [9.17.2025] and CV [Identification Only] | | | ER 402 and ER 403 | |
| 670 | Merrill Cohen RR [8.11.2025] Rebuttal [9.4.2025] and CV [Identification Only] | | | ER 402 and ER 403 | |
| 671 | Mark Lawless Report [8.11.2025] and CV [Information Only] | | | ER 402 and ER 403 | |
| 672 | Video Clip from Guthorn file PXL_20250805 203748955 | | | ER 402 and ER 403 | |

AGREED PRETRIAL ORDER - 41

CASE NO. 2:24-cv-01078-JHC

| 673 | Video Clip from Guthorn file PXL_20250805 203938909 | | | | |
|---|---|---|---|---|---|
| 674 | Video Clip from Guthorn file PXL_20250805 204538943 | | | | |
| 675 | Reserved | | | | |

The Parties' Objection Code:

| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
|---|---|
| F | Lack of foundation |
| MIL | Subject of Motion in Limine |

In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed". If "Disputed", identify the objection in the Objection column. An objection based on a Fed. R. Evid. should reference the rule number; additional objections should be referenced by a code that the parties include with the exhibit list. The "Admitted" column is for use by the Court.

(No party is required to list any exhibit which is listed by another party, or any exhibit to be used for impeachment only. See LCR 16 for further explanation of numbering of exhibits).

## X.    **ACTION BY THE COURT**

(a)    This case is scheduled for trial before a jury on May 11, 2026, at 1:30 pm.

(b)    Trial briefs shall be submitted to the court on or before May 4, 2026.

(c)    Jury instructions requested by either party shall be submitted to the court on or before May 4, 2026. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before May 4, 2026.

This order has been approved by the parties as evidenced by the signatures of their counsel and through counsel's responses at the hearing today. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

//

AGREED PRETRIAL ORDER - 42

CASE NO. 2:24-cv-01078-JHC

DATED THIS 26th day of January, 2026.

John H. Chun
United States District Judge

AGREED PRETRIAL ORDER - 43

CASE NO. 2:24-cv-01078-JHC