E

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| MATTHEW HARTLEY, Individually, | No. 2:24-cv-01078-JHC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | **NOTED ON MOTION CALENDAR:** |
| SUNBELT RENTALS, INC., A FOREIGN CORPORATION DOING BUSINESS WITHIN THE STATE OF WASHINGTON; CUSTOM EQUIPMENT, LLC, AND STRATFORD-CAMBRIDGE GROUP (SGI), A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF WASHINGTON, AND THE MANUFACTURER OF HY-BRID LIFTS, | **June 3, 2026** |
| Defendants. | |

**STIPULATION**

COME NOW the Plaintiff and Defendants, by and through their undersigned attorneys of record, and stipulate that the above-captioned matter has been fully resolved and shall be dismissed with prejudice and without award of costs or fees to either party.

**STIPULATION AND ORDER OF DISMISSAL**
 - Page  1
Case No. 2:24-cv-01078-JHC

Dated this 3rd day of June 2026

THE LAW OFFICES OF BEN F. BARCUS
& ASSOCIATES, PLLC

 /s Paul Lindenmuth
Paul A. Lindenmuth, WSBA # 15817
4303 Ruston Way
Tacoma, WA 98402
253-752-4444
paul@benbarcus.com
*Attorney for Plaintiff*

MERRICK, HOFSTEDT & LINDSEY, P.S.

 /s Philip Meade
Philip R. Meade, WSBA #14671
Rossi F. Maddalena, WSBA #39351
3101 Western Avenue., Suite 200
Seattle, WA 98121
pmeade@mhlseattle.com
rmaddalena@mhlseattle.com
*Attorneys for Defendant Sunbelt Rentals, Inc.*

SMITH FREED EBERHARD P.C.

 /s/ Kyle D. Riley
Kyle D. Riley, WSBA # 38078
John D. Barton, WSBA # 45529
1215 4th Ave., Suite 900
Seattle, WA 98161
206-576-7575
KDR@smithfreed.com
JBarton@smithfreed.com
*Attorney for Defendant Custom Equipment,
LLC*

**STIPULATION AND ORDER OF
DISMISSAL**
  - Page  2
Case No. 2:24-cv-01078-JHC

**ORDER OF DISMISSAL**

The Court having considered the foregoing Stipulation and having reviewed the files and records herein and having been fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above captioned-matter is dismissed with prejudice and without award of costs or fees to any party.

Dated this 3rd day of June, 2026.

_____
John H. Chun
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL**
 - Page  3
Case No. 2:24-cv-01078-JHC